FILED

OCT 0 2 2012

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No. 1:12cr99 |
| BRYAN EGRESS, | Violation:   18 U.S.C. § 2250(a) |
| Defendant. | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

(Failure to Register and Update Registration as a Sex Offender)

From in or about March 15, 2012 to on or about May 15, 2012, in Marion County, within the Northern District of West Virginia, and elsewhere, defendant, **BRYAN EGRESS,** a person required to register under the Sex Offender Registration and Notification Act and who traveled in interstate commerce, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250(a).

/s/ Zelda E. Wesley for
WILLIAM J. IHLENFELD, II
United States Attorney